No. 110, Misc. ALLEN *v.* LOS ANGELES COUNTY DISTRICT COUNCIL OF CARPENTERS ET AL. Supreme Court of California. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner.

No. 295, Misc. KLETTER *v.* HERTER, SECRETARY OF STATE. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for respondent.

No. 313, Misc. BOMAR *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward J. Skeens* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 332, Misc. FULLER *v.* ALABAMA. Supreme Court of Alabama. Certiorari denied. *G. Ernest Jones, Jr.* for petitioner. *MacDonald Gallion,* Attorney General of Alabama, and *Bernard F. Sykes,* Assistant Attorney General, for respondent.

No. 14, Misc. BROWN *v.* INDIANA. Petition for writ of certiorari to the Supreme Court of Indiana denied without prejudice to an application for writ of habeas corpus in the appropriate United States District Court. Petitioner *pro se. Edwin K. Steers,* Attorney General of Indiana, for respondent.